Form B6F (Official Form 6F) - (Rev. 12/03)

2003 USBC, Central District of California

In re , Fernando Amador
                                Debtor.

Case No.:
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 03C01319<br>Amy E. Britt, Esq.<br>Zwicker & Associates PC<br>1414 S Fairoaks, Ste 1<br>South Pasadena, CA 91030<br>RE: American Express Centurion Park | | | 04/08/2002<br>American Express Centurion Bank<br>Debt Collection | | | X | 2,776.00 |
| ACCOUNT NO. 027-41487505<br>ATT Wireless<br>PO Box 51471<br>Los Angeles, CA 90051-5771 | | | 05/05/2003<br>Service agreement | | | X | 289.00 |
| ACCOUNT NO. 4791-2421-1301-5427<br>Capital One Services<br>PO Box 34631<br>Seattle, WA 98124-1631 | | | 04/05/2002<br>Credit card | | | X | 1,604.00 |
| ACCOUNT NO. 371282005171009<br>Collectcorp Corporation<br>300 International Dr. Ste 100<br>Williamsville, NY 14221 | | | 06/07/2002<br>American Express<br>Debt Collection | | | X | 2,751.00 |
| ACCOUNT NO. 1523-0034-6989-7177<br>First North American National Bank<br>c/o Circuit City<br>PO Box 78131<br>Phoenix, AZ 85062-8131 | | | 06/05/2002<br>Credit card | | | X | 1,546.00 |

<u>2</u>   Continuation sheets attached

Subtotal ►  $8,966.00

Total ►

Form B6F (Official Form 6F) - (Rev. 12/03)    2003 USBC, Central District of California

| In re | Fernando Amador | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 02-C01717<br>Foell & Elder<br>2180 W. Crescent Ave., Ste H<br>PO Box 4526<br>Anaheim, CA 92803 | | | 07/02/2002<br>American Auto Financing, Inc.<br>Debt Collection | | | X | 3,532.00 |
| ACCOUNT NO. 5480-4200-0892-5743<br>Household<br>PO Box 98715<br>Las Vegas, NV 89193 | | | 04/08/2002<br>Credit card | | | X | 4,290.00 |
| ACCOUNT NO. 5480-4200-0892-5743<br>Household Credit Services<br>PO Box 60102<br>City of Industry, CA 91716-0102 | | | 08/04/2002<br>Credit card | | | X | 4,172.00 |
| ACCOUNT NO. 49008868947-20<br>Macys<br>PO Box 4581<br>Carol Strm, IL 60197-4581 | | | 05/07/2001<br>Charge account | | | X | 519.00 |
| ACCOUNT NO. C81923050218322<br>Professional Bureau of Collections Inc.<br>PO Box 628<br>Elk Grove, CA 95759 | | | 06/05/2002<br>Monogram Credit Card Bank of Georgia<br>Debt Collection | | | X | 729.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ► $13,242.00

Total ►
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 12/03)                                                                                                         2003 USBC, Central District of California

| In re: Fernando Amador, Debtor. | Case No.: (If known) |
|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 81-0107-5755<br>Robinsons May<br>PO Box 52098<br>Phoenix, AZ 85072 | | | 06/07/2002<br>Charge account | | | X | 647.00 |
| ACCOUNT NO. 02-2648077<br>Speros Maniates<br>Law Office of Speros Maniates<br>2425 E Slauson Ave, Ste 118<br>Huntington Park, CA 90255 | | | 09/02/2001<br>Judgment | | | X | 24,596.00 |
| ACCOUNT NO. 02-2648077<br>Superior Court of Huntington Park<br>6548 Miles Ave<br>Huntington Park, CA 90255<br>Re: Case No. 02-2648077 | | | 08/02/2002<br>Duplicate<br>Speros Maniates Judgment | | | X | 0.00 |
| ACCOUNT NO. 4621-2060-1040-1754<br>Washington Mutual<br>PO Box 6532<br>The Lakes, NV 88901-6532 | | | 02/14/2002<br>Credit card | | | X | 2,098.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) → $27,341.00

Total (Use only on last page of the completed Schedule F.) → $49,549.00

(Report also on Summary of Schedules)