Fernando Amador
6622 Pine Ave.
Bell, CA 90201

Robert B. Sarvian
Law Office of Robert B. Sarvian, A
3250 Wilshire Boulevard
Suite 1603
Los Angeles, CA 90010

U.S. Trustee Central District of CA
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017-5418

Amy E. Britt, Esq.
Zwicker & Associates PC
1414 S Fairoaks, Ste 1
South Pasadena, CA 91030
RE: American Express Centurion Park

ATT Wireless
PO Box 51471
Los Angeles, CA 90051-5771

Beneficial
3520 W. Magnolia Blvd.
Burbank, CA 91505

Capital One Services
PO Box 34631
Seattle, WA 98124-1631

Collectcorp Corporation
300 International Dr. Ste 100
Williamsville, NY 14221

First North American National Bank
c/o Circuit City
PO Box 78131
Phoenix, AZ 85062-8131

Foell & Elder
2180 W. Crescent Ave., Ste H
PO Box 4526
Anaheim, CA 92803

Household
PO Box 98715
Las Vegas, NV 89193

Household Credit Services
PO Box 60102
City of Industry, CA 91716-0102

Macys
PO Box 4581
Carol Strm, IL 60197-4581

Ocwen Federal Bank, FSB
12650 Ingenuity Dr.
Orlando, FL 32826

Professional Bureau of Collections
PO Box 628
Elk Grove, CA 95759

Robinsons May
PO Box 52098
Phoenix, AZ 85072

Speros Maniates
Law Office of Speros Maniates
2425 E Slauson Ave, Ste 118
Huntington Park, CA 90255

Superior Court of Huntington Park
6548 Miles Ave
Huntington Park, CA 90255
Re: Case No. 02-2648077

Washington Mutual
PO Box 6532
The Lakes, NV 88901-6532