Form B18 (Official Form 18)
(1/98)

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**
AMADOR, FERNANDO
**SSN:** XXX-XX-2595
**EIN:** N/A
6622 PINE AVE
BELL, CA 90201

**BANKRUPTCY NO.** LA 04-10595-SB

**CHAPTER** 7

It appearing that the debtor is entitled to a discharge, IT IS ORDERED:  The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Date: April 26, 2004

BY THE COURT,

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 1/98)  VAN-30

33 /JD

Form B18 Continued
(1/98)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:*] [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed whether the debt was included in the schedules or omitted from them. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are.

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Any party may request reopening of a bankruptcy case to determine whether a particular debt was included within the scope of the discharge. In re Beezley, 994 F. 2d 1433 (9th Cir. 1993). Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0973-2            User: JD                  Page 1 of 1              Date Rcvd: Apr 27, 2004
Case: 04-10595-SB               Form ID: VAN-30           Total Served: 25


The following entities were served by first class mail on Apr 29, 2004.
D         AMADOR, FERNANDO,    6622 PINE AVE,    BELL, CA 90201
DA        ROBERT B SARVIAN,    LAW OFFICES OF ROBERT B. SARVIAN,    3250 WILSHIRE BLVD, STE 1603,
            LOS ANGELES, CA 90010
T         TIMOTHY YOO,    1888 CENTURY PARK EAST #1500,    LOS ANGELES, CA 90067
1         AMY E. BRITT, ESQ.,    ZWICKER & ASSOCIATES PC,    1414 S FAIROAKS,    STE 1,
            SOUTH PASADENA, CA 91030
2         ATT WIRELESS,    PO BOX 51471,    LOS ANGELES, CA 90051--5771
3         BENEFICIAL,    3520 W. MAGNOLIA BLVD.,    BURBANK, CA 91505
5         COLLECTCORP CORPORATION,    300 INTERNATIONAL DR. STE 100,    WILLIAMSVILLE, NY 14221
6         FIRST NORTH AMERICAN NATIONAL BANK,    C/O CIRCUIT CITY,    PO BOX 78131,    PHOENIX, AZ 85062--8131
7         FOELL & ELDER,    2180 W. CRESCENT AVE., STE H,    PO BOX 4526,    ANAHEIM, CA 92803
8         HOUSEHOLD,    PO BOX 98715,    LAS VEGAS, NV 89193
9         HOUSEHOLD CREDIT SERVICES,    PO BOX 60102,    CITY OF INDUSTR, CA 91716--0102
11        OCWEN FEDERAL BANK, FSB,    12650 INGENUITY DR.,    ORLANDO, FL 32826
12        PROFESSIONAL BUREAU OF COLLECTIONS,    PO BOX 628,    ELK GROVE, CA 95759
13        ROBINSONS MAY,    PO BOX 52098,    PHOENIX, AZ 85072
14        SPEROS MANIATES,    LAW OFFICE OF SPEROS MANIATES,    2425 E SLAUSON AVE,    STE 118,
            HUNTINGTON PARK, CA 90255
15        SUPERIOR COURT OF HUNTINGTON PARK,    6548 MILES AVE,    HUNTINGTON PARK, CA 90255
16        WASHINGTON MUTUAL,    PO BOX 6532,    THE LAKES, NV 88901--6532
17        UNITED STATES TRUSTEE,    725 S. FIGUEROA ST, 26th FLOOR,    LOS ANGELES, CA 90017
18        LOS ANGELES CITY CLERK,    P. O. Box 53200,    LOS ANGELES, CA 90053-0200
19        FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,    P. O. BOX  2952,    SACRAMENTO, CA 95812-2952
20        EMPLOYMENT DEVELOPMENT DEPARTMENT,    BANKRUPTCY GROUP MIC 92E,    P.O. BOX 826880,
            SACRAMENTO, CA 94280-0001
22        OCWEN FEDERAL BANK, FSB,    DREYFUSS, RYAN & WEIFENBACH,    1851 E FIRST ST #1100,    STA ANA, CA 92705

The following entities were served by electronic transmission on Apr 27, 2004 and receipt of the transmission
was confirmed on:
4         EDI: CAPITALONE.COM Apr 27 2004 23:11:00     CAPITAL ONE SERVICES,    PO BOX 34631,
            SEATTLE, WA 98124--1631
10        EDI: TSYS2.COM Apr 27 2004 23:11:00     MACYS,    PO BOX 4581,    CAROL STRM, IL 60197--4581
13        EDI: MAYSTORES.COM Apr 27 2004 23:11:00     ROBINSONS MAY,    PO BOX 52098,    PHOENIX, AZ 85072
16        EDI: CITICORP.COM Apr 27 2004 23:11:00     WASHINGTON MUTUAL,    PO BOX 6532,
            THE LAKES, NV 88901--6532
19        EDI: CALTAX.COM Apr 27 2004 23:11:00     FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,    P. O. BOX  2952,
            SACRAMENTO, CA 95812-2952
21        EDI: BECKLEE.COM Apr 27 2004 23:11:00     AMERICAN EXPRESS CENTURION BANK,    C/O BECKET & LEE LLP,
            P O BOX 3001,    MALVERN, PA 19355-0701
                                                                                              TOTAL: 6

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 29, 2004**                **Signature:**   *Joseph Speetjens*